UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

IN RE:                                                                CHAPTER 13 PROCEEDING:
LUIS AGUILAR & ISAHAMARA LOPEZ                 05-70889-M-13
DEBTORS

**TRUSTEE'S MOTION TO PAY FUNDS INTO THE COURT REGISTRY**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

    COMES NOW, CINDY BOUDLOCHE, Chapter 13 Trustee in the above referenced Chapter 13 proceeding and files this Trustee's Motion to Pay Funds into the Court Registry and would respectfully show the Court the following:

    1.  Debtors filed a petition for relief under the provisions of Chapter 13 of Title 11 of the United States Code on Thursday, Sep 1, 2005.

    2.  This Honorable Court has jurisdiction over this motion pursuant to the provisions contained in 28 U.S.C. Section 1334. This is a core proceeding pursuant to the definition contained in 28 U.S.C. Section 157. Venue is in this Honorable Court pursuant to 28 U.S.C. Section 1408.

    3.  Trustee has standing to file this motion pursuant to 11 U.S.C. Section 347(a).

    4.  Checks to the party below have not cleared within 90 days.

        LUIS AGUILAR
        ISAHAMARA LOPEZ
        3504 N COGNAC DR
        PHARR, TX  78577

    5.  As a result, funds owed to the Debtors in the amount of $2.36 by the above referenced Debtors should be reserved by the Registry of the Court.

WHEREFORE, PREMISES CONSIDERED, the Chapter 13 Trustee prays this Honorable Court will grant the Trustee's Motion to Pay Funds into the Court Registry.

Respectfully Submitted: Tue, May 3, 2011

*Cindy Boudloche*

Cindy Boudloche
Chapter 13 Trustee
555 N. Carancahua  Ste 600
Corpus Christi, TX  78401-0823
(361) 883-5786

#298

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

IN RE:                                                                                CHAPTER 13 PROCEEDING:
LUIS AGUILAR & ISAHAMARA LOPEZ                          05-70889-M-13
DEBTORS

### CERTIFICATE OF SERVICE

   I, Cindy Boudloche , do hereby certify that on May 03, 2011, a copy of the foregoing Motion to Pay Funds into Court Registry was served electronically or by United States Mail to the parties listed below :

Cindy Boudloche,Chapter 13 Trustee

LUIS AGUILAR AND ISAHAMARA LOPEZ          WILLIAM A WHITTLE
3504 N COGNAC DR                                           5151 FLYNN PKWY  STE 308
PHARR, , TX  78577                                          CORPUS CHRISTI, TX  78411